**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD JEROME GREEN, | No. 08-16663 |
| Plaintiff - Appellant, | D.C. No. 2:06-cv-02107-FCD-GGH |
| v. | |
| M. SHARP, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Frank C. Damrell, Jr., District Judge, Presiding

Submitted November 17, 2009[**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Donald Jerome Green, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging that a

prison guard violated his Eighth Amendment rights by failing to protect him from

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

tk/Research

another inmate.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Green did not raise a triable issue as to whether the prison guard knew that inmate Frazier posed a substantial risk of serious harm to Green.  *See Farmer v. Brennan*, 511 U.S. 825, 837-39 (1994) (holding that a prison official cannot be found liable for deliberate indifference unless the official knows of and disregards an excessive risk to inmate health or safety).

Green's remaining contentions are unpersuasive.

**AFFIRMED.**